UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern District

| | |
|---|---|
| Peninsula Petroleum Limited, § <br> § <br>    Plaintiff, § <br> § <br> v. § <br> § <br> Norvic Shipping International LLC, § <br> § <br>    Defendant, § <br> § <br> and § <br> § <br> TD Bank § <br> Valley National Bank, § <br> § <br>    Garnishees § | Civil Action No.: 26-cv-00446-ABA <br> ECF Case <br><br> **IN ADMIRALTY** |

## DISMISSAL OF GARNISHEE TD BANK

     Plaintiff Peninsula Petroleum Limited, pursuant to Fed. R. Civ. P. 41, hereby dismisses Garnishee TD Bank from this this action.  Defendant and all other Garnishees are not dismissed.

Dated: February 23, 2026.

                                                       /s/ J. Stephen Simms
                                                     J. Stephen Simms (#4269)
                                                     Gary C. Murphy (#31057)
                                                     Simms Showers LLP
                                                     201 International Circle, Suite 230
                                                     Baltimore, Maryland 21030
                                                     Ph:     410-783-5795
                                                     Fax:    410-510-1789
                                                     jssimms@simmsshowers.com
                                                     gcmurphy@simmsshowers.com

                                                     Counsel to Peninsula Petroleum Limited